# UNITED STATES DISTRICT COURT
# NORTHER DISTRICT OF CALIFORNIA
# SAN FRANCISCO

| | |
|---|---|
| JAVIER CORRAL, | Case No.: 3:17-cv-3987-JST |
| Petitioner, | Agency No. 205-907-451 |
| vs. | |
| JEFFERSON B. SESSIONS, in his official capacity as Attorney General of the United States; ELAINE DUKE, in her official capacity as Acting Secretary of the U.S. Department of Homeland Security; DAVID JENNINGS, in his official capacity as Sheriff-Coroner of Contra Costa County in charge of the West County Detention Facility, | [PROPOSED] ORDER GRANTING STIPULATED EXTENSION OF TIME |
| Respondents. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties request to extend the time period for Petitioner to Respond to Respondents' Motion to Dismiss is GRANTED. PURSUANT TO STIPULATION, IT IS SO ORDERED Petitioner's opposition shall be due September 29, 2017, and Respondents' reply shall be due October 6, 2017.

Date: September 1, 2017  _____
Honorable Jon S. Tigar
United States District Judge