# UNITED STATES DISTRICT COURT
# NORTHER DISTRICT OF CALIFORNIA
# SAN FRANCISCO

| | |
|---|---|
| JAVIER CORRAL,<br><br>　　　　Petitioner,<br><br>vs.<br><br>JEFFERSON B. SESSIONS, in his official capacity as Attorney General of the United States; ELAINE DUKE, in her official capacity as Acting Secretary of the U.S. Department of Homeland Security; DAVID JENNINGS, in his official capacity as Sheriff-Coroner of Contra Costa County in charge of the West County Detention Facility,<br><br>　　　　Respondents. | Case No.: 3:17-cv-3987-JST<br><br>Agency No. 205-907-451<br><br>[PROPOSED] ORDER GRANTING STIPULATED EXTENSION OF TIME |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties' request to extend the time period for Respondents to Reply to Petitioner's Opposition to Respondents' Motion to Dismiss is GRANTED.

Respondents' Reply shall be due October 13, 2017.

Date: __October 3, 2017_____　　　__[signature]_____
　　　　　　　　　　　　　　　　　　　Honorable Jon S. Tigar
　　　　　　　　　　　　　　　　　　　United States District Judge